**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HABAKKUIA MALONE, et al., <br><br> Plaintiffs <br><br> v. <br><br> DEPOSITORS INSURANCE COMPANY, et al., <br><br> Defendants | Case No.: 2:21-cv-00574-APG-VCF <br><br> **Order Granting Unopposed Motion to Dismiss** <br><br> [ECF No. 7] |

The defendants moved to dismiss the complaint on a variety of grounds. ECF No. 7. The plaintiffs failed to respond. I therefore grant the motion as unopposed. LR 7-2(d).

I THEREFORE ORDER that the defendants' motion to dismiss **(ECF No. 7) is GRANTED as unopposed**. The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 28th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE