MATTHEW L. SHARP, ESQ.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500; Fax: (775) 284-0675
matt@mattsharplaw.com

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
CASSANDRA S.M. CUMMINGS, ESQ.
Nevada Bar No. 11944
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV 89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HABAKKUIA MALONE, RICHARD MOYER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPOSITORS INSURANCE COMPANY, NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:21-cv-00574-APG-VCF |

**STIPULATION TO SET ASIDE ORDER GRANTING DEFENDANTS MOTION TO DISMISS AND FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS (First Request); ORDER**

*///*

Pursuant to FRCP 60(b) and Rule IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, Plaintiffs HABAKKUIA MALONE and RICHARD MOYER ("Plaintiffs") and Defendants, DEPOSITORS INSURANCE COMPANY, NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE MUTUAL INSURANCE COMPANY ("Defendants"), by and through their attorneys, agree as follows:

1. Defendants filed a Motion to Dismiss on April 9, 2021 [ECF No. 7].

2. Plaintiffs' response was due on April 23, 2021.

3. The parties have agreed that the modification to the briefing schedule will not prejudice any party in this action.

4. Before a stipulation to modify the briefing schedule for the motion to dismiss was filed, the Court granted Defendants' motion to dismiss as unopposed. ECF No. 12.

5. The stipulation to modify the briefing schedule would have been the first request.

6. The Plaintiffs had mis-calendared the deadline to file their response to Defendants' motion to dismiss for April 30, 2021.

7. After close of business on April 23, 2021, Plaintiffs notified Defendants of the calendar oversight and requested an extension to oppose the motion until May 14.

8. On April 26, 2021, Defendants agreed to provide an extension through April 30, 2021.

9. On April 26, 2021, Plaintiffs and Defendants met and conferred regarding an extension beyond April 30, 2021 and Plaintiffs requested an extension up to and including May 4, 2021 to file an opposition.

10. On the afternoon of April 27, 2021, Defendants agreed to provide an extension up to and including May 4, 2021. The Parties were in the process of submitting a stipulation on the briefing schedule.

11. Accordingly, Plaintiffs and Defendants hereby stipulate, pursuant to FRCP 60(b), that the Court vacate and set aside its order granting Defendants' Motion to Dismiss and grant an

order setting a briefing schedule as follows:

1. Plaintiffs shall have up to and including May 4, 2021 to file their Response to the Motion to Dismiss;

2. Defendants shall have until May 11, 2021 to file their Reply to Plaintiffs' Response.

The parties respectfully request that the Court so order.

DATED this 28th day of April 2021.                    DATED this 28th day of April 2021.

**MATTHEW L. SHARP, LTD.**                           **SNELL & WILMER, L.L.P.**

  /s/ Matthew L. Sharp                                    /s/ Richard C. Gordon
MATTHEW L. SHARP, ESQ.                               Richard C. Gordon, ESQ.
Nevada Bar No. 4746                                  Nevada Bar No. 9036
432 Ridge Street                                     Michael Paretti, Esq.
Reno, NV 89501                                       Nevada Bar No. 13926
matt@mattsharplaw.com                                3883 Howard Hughes Pkwy., Ste. 1100
                                                     Las Vegas, NV 89169
*Attorneys for Plaintiffs*                           rgordon@swlaw.com
                                                     mparetti@swlaw.com
                                                     *Attorneys for Defendants*

      IT IS SO ORDERED:

1. This Court's order granting Defendants' Motion to Dismiss (ECF. No. 12) is set aside and vacated by stipulation.

2. Plaintiffs' Response to Defendant's Motion to Dismiss is due on or before May 4, 2021;

3. Defendants' Reply in Support of its Motion to Dismiss is due on or before May 11, 2021.

 

                                              UNITED STATES DISTRICT JUDGE
                                              Case No. 2:21-cv-00574-APG-VCF
                                              DATED: April 29, 2021

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Richard C. Gordon, Esq.
Michael Paretti, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
rgordon@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendants*

DATED this 28th day of April 2021.

      /s/ Suzy Thompson
    An Employee of Matthew L. Sharp, Ltd.