1  Richard C. Gordon, Esq.
   Nevada Bar No. 9036
2  Michael Paretti, Esq.
   Nevada Bar No. 13926
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
5  Telephone: (702) 784-5200
   Facsimile: (702) 784-5252
6  rgordon@swlaw.com
7  mparetti@swlaw.com

8  Michael H. Carpenter (*pro hac vice*          Aneca E. Lasley (*pro hac vice* forthcoming)
   forthcoming*)*                                SQUIRE PATTON BOGGS (US) LLP
9  Carpenter Lipps & Leland LLP                  2000 Huntington Center
   280 Plaza, Suite 1300                         41 South High Street
10 280 North High Street                         Columbus, OH 43215
   Columbus, Ohio 43215                          Telephone: (614) 365-2700
11 Telephone: (614) 365-4100                     Facsimile: (614) 365-2499
   Facsimile: (614) 365-9145                     Aneca.Lasley@squirepb.com
12 carpenter@carpenterlipps.com

13 *Attorneys for Defendants Depositors Insurance
   Company, Nationwide Affinity Insurance
14 Company of America, Nationwide Assurance
   Company, Nationwide General Insurance
15 Company, Nationwide Insurance Company of
   America, and Nationwide Mutual Insurance
16 Company*

17                    **UNITED STATES DISTRICT COURT**
18                       **DISTRICT OF NEVADA**

19 HABAKKUIA MALONE, RICHARD
   MOYER, individually and on behalf of all          Case No.: 2:21-cv-00574-RFB-BNW
20 those similarly situated,

21            Plaintiffs,

22     v.                                             **STIPULATION AND ORDER TO
                                                      STAY DISCOVERY**
23 DEPOSITORS INSURANCE COMPANY,
   NATIONWIDE AFFINITY INSURANCE
24 COMPANY OF AMERICA, NATIONWIDE
   ASSURANCE COMPANY, NATIONWIDE
25 GENERAL INSURANCE COMPANY,
   NATIONWIDE INSURANCE COMPANY
26 OF AMERICA, NATIONWIDE MUTUAL
   INSURANCE COMPANY, DOES 1 through
27 10,

28            Defendants.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1    Plaintiffs Habakkuia Malone and Richard Moyer ("Plaintiffs") and Defendants Depositors

2   Insurance Company, Nationwide Affinity Insurance Company of America, Nationwide Assurance

3   Company, Nationwide General Insurance Company, Nationwide Insurance Company of America,

4   and Nationwide Mutual Insurance Company (collectively, "Nationwide"), by and through their

5   respective counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree as

6   follows:

7        1.    On April 9, 2021, Nationwide moved to dismiss Plaintiffs' Complaint [ECF No. 7]

8   (the "Motion").

9        2.    Plaintiffs filed their Response to Nationwide's Motion on May 4, 2021 [ECF No.

10  17].

11       3.    Nationwide filed a Reply in support of the Motion on May 6, 2021. [ECF No. 18].

12       4.    Pending resolution of Nationwide's Motion, the Parties agree and stipulate to a stay

13  of discovery including, but not limited to, any discovery obligations set forth in Fed. R. Civ. P. 26

14  and LR 26-1, in order to preserve judicial and party resources. The Parties are in agreement that a

15  stay of discovery is warranted at this time. Moreover, discovery is not required to resolve the

16  pending Motion.

17       5.    If the Court denies Nationwide's Motion, in whole or in part, the Parties agree to

18  submit a discovery plan and scheduling order within 30 days after entry of the Court's order on the

19  Motion.

20       6.    Good cause exists to enter the Parties' stipulated stay of discovery.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

7.     The Parties represent that this stipulation is sought in good faith and not for the purposes of delay.

DATED this 1st day of June 2021.

EGLET ADAMS

/s/ Danielle C. Miller
Robert T. Eglet
Nevada Bar No. 3402
Cassandra S.M. Cummings
Nevada Bar No. 11944
Danielle C. Miller
Nevada Bar No. 9127
400 S. Seventh St., Suite 400
Las Vegas, NV  89101

Matthew L. Sharp, Esq.
Nevada Bar No. 4746
432 Ridge Street
Reno, NV 89501
matt@mattsharplaw.com

*Attorneys for Plaintiffs*

DATED this 1st day of June 2021.

SNELL & WILMER L.L.P.

/s/ Richard C. Gordon
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Michael Paretti, Esq.
Nevada Bar No. 13926
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
rgordon@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED: June 4, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/ Richard C. Gordon
    Richard C. Gordon, Esq. (NV Bar No. 9036)
    Michael Paretti, Esq. (NV Bar No. 13926)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendants*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
702.784.5200