ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 9127
**EGLET ADAMS**
400 S. Seventh St., Suite 400
Las Vegas, NV  89101
(702) 450-5400; Fax: (702) 450-5451
eservice@egletlaw.com
          -and-
MATTHEW L. SHARP, ESQ.
Nevada Bar No. 4746
**MATTHEW L. SHARP, LTD.**
432 Ridge Street
Reno, NV 89501
(775) 324-1500; Fax: (775) 284-0675

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HABAKKUIA MALONE, RICHARD MOYER, individually and on behalf of all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DEPOSITORS INSURANCE COMPANY, NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:21-cv-00574-RFB-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE** |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiffs HABAKKUIA MALONE and RICHARD MOYER ("Plaintiffs"), by and through their counsel of record, Robert T. Eglet, Esq., and Cassandra Cummings, Esq., of the law firm EGLET ADAMS and Matthew L. Sharp, Esq., of the law firm MATTHEW L. SHARP,

LTD., and Defendants DEPOSITORS INSURANCE COMPANY, NATIONWIDE AFFINITY INSURANCE COMPANY OF AMERICA, NATIONWIDE ASSURANCE COMPANY, NATIONWIDE GENERAL INSURANCE COMPANY, NATIONWIDE INSURANCE COMPANY OF AMERICA, and NATIONWIDE MUTUAL INSURANCE COMPANY (collectively, "Nationwide"), by and through their counsel of record, Richard Gordon, Esq., of the law firm SNELL & WILMER LLP, Michael H. Carpenter, Esq., of the law firm CARPENTER LIPPS & LELAND LLP, Aneca E. Lasley, Esq., of the law firm ICE MILLER LLP, and Petrina A. McDaniel, Esq., of the law firm SQUIRE PATTON BOGGS (US) LLP, hereby stipulate that Plaintiffs' action against Nationwide is **DISMISSED WITH PREJUDICE** and without attorneys' fees and costs to any of the parties to this action.

**IT IS SO STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| DATED this 29th day of April, 2022. | DATED this 29th day of April, 2022. |
| /s/ *Matthew L. Sharp, Esq.* | /s/ *Richard C. Gordon, Esq.* |
| ROBERT T. EGLET, ESQ.<br>Nevada Bar No. 3402<br>CASSANDRA S.M. CUMMINGS, ESQ.<br>Nevada Bar No. 11944<br>**EGLET ADAMS**<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>(702) 450-5400<br>eservice@egletlaw.com<br><br>MATTHEW L. SHARP, ESQ.<br>Nevada Bar No. 4746<br>**MATTHEW L. SHARP, LTD.**<br>432 Ridge Street<br>Reno, NV 89501<br>(775) 324-1500<br>matt@mattsharplaw.com<br><br>*Attorneys for Plaintiffs* | RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>**SNELL & WILMER L.L.P.**<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br><br>MICHAEL H. CARPENTER, ESQ.<br>(admitted pro hac vice)<br>**CARPENTER LIPPS & LELAND LLP**<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Tel: (614) 365-4100<br>Fax: (614) 365-9145<br>carpenter@carpenterlipps.com<br><br>ANECA E. LASLEY, ESQ. (admitted pro hac vice)<br>**ICE MILLER LLP**<br>250 West Street, Suite 700<br>Columbus, OH 43215-7509<br>Tel: (614) 462-1085<br>Fax: (614) 232-6899<br>aneca.lasley@icemiller.com |

PETRINA A. MCDANIEL, ESQ.
**SQUIRE PATTON BOGGS (US) LLP**
One Atlantic Center
1201 W. Peachtree St NW, Suite 3150
Atlanta, GA 30309
Tel: (678) 272-3207
petrina.mcdaniel@squirepb.com

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE II
UNITED STATES DISTRICT COURT JUDGE

DATED: May 9, 2022.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2022, a true and correct copy of the foregoing was served by electronic mail on the following persons via the Court's CM/ECF system:

RICHARD C. GORDON, ESQ.
Nevada Bar No. 9036
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

MICHAEL H. CARPENTER, ESQ. (admitted pro hac vice)
**CARPENTER LIPPS & LELAND LLP**
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Tel: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com

ANECA E. LASLEY, ESQ. (admitted pro hac vice)
**ICE MILLER LLP**
250 West Street, Suite 700
Columbus, OH 43215-7509
Tel: (614) 462-1085
Fax: (614) 232-6899
aneca.lasley@icemiller.com

PETRINA A. MCDANIEL, ESQ.
**SQUIRE PATTON BOGGS (US) LLP**
One Atlantic Center
1201 W. Peachtree St NW, Suite 3150
Atlanta, GA 30309
Tel: (678) 272-3207
petrina.mcdaniel@squirepb.com

*Attorneys for Defendants*

/s/   Matthew L. Sharp
One of the attorneys for Plaintiffs

4891-0388-0221